164 So. 916

**Pearley EVETT v. STATE.**
7 Div. 190.

Court of Appeals of Alabama.
Nov. 19, 1935.

Haralson & Son, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.